**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Webster Douglas WILLIAMS,
III, Defendant-Appellant.**

**No. 17-6794**

United States Court of Appeals,
Fourth Circuit.

Submitted: August 17, 2017

Decided: August 22, 2017

Webster Douglas Williams, III, Appellant Pro Se. William E. Day, II, Assistant United States Attorney, Florence, South Carolina; Stanley D. Ragsdale, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before KEENAN, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Webster Douglas Williams, III, seeks to appeal the district court's orders denying his motions for default judgment and to strike the Government's response to Williams' 28 U.S.C. § 2255 (2012) motion. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Williams seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny Williams' motions to strike the Government's response and to correct error and we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*